THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Horace
 Williams, Appellant.
 
 
 

Appeal From Dorchester County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-265
Submitted May 1, 2009  Filed June 2, 2009    

AFFIRMED

 
 
 
 Horace Williams, of Summerville, pro se.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and David Michael Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM: Horace Williams appeals his guilty plea, made pursuant to North Carolina v. Alford, 400 U.S. 25 (1970), for cutting and removing
 timber without permission.  He argues the plea court erred in accepting his
 plea and in sentencing him after he withdrew his plea.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v. Lee,
 350 S.C. 125, 130, 564 S.E.2d 372, 375 (Ct. App. 2002) (explaining an
 issue must be raised to and ruled upon
 by the trial judge to be preserved for appellate review); State v. Johnston,
 333 S.C. 459, 462, 510 S.E.2d 423, 425 (1999) (holding a challenge to
 sentencing must be raised at trial, or the issue will not be preserved for
 appellate review); In re Arisha K.S., 331 S.C. 288, 293-94, 501 S.E.2d
 128, 131-32 (1998) (stating the voluntariness of guilty plea must be raised by
 objection to the trial court in order to be preserved for appeal). 
AFFIRMED.
HUFF, PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.